**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALFRED SKIPPER, on behalf of himself**
**and those similarly situated,**

    **Plaintiff,**

**v.**                                                      **Case No.  8:07-cv-604-T-30MAP**

**CONVENTIONAL CABINETRY OF**
**FLORIDA, INC., a Florida Corporation,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

      The Court has been advised by Plaintiff's Response to Order to Show Cause/Notice of Settlement (Dkt. #13) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on October 5, 2007.

                                                                  */s/ James S. Moody, Jr.*
                                                                  JAMES S. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2007\07-cv-604.dismissal 13.wpd